# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN CRUZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JAMES E. TILTON, et al.,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　　／ | CASE NO. 1:06-cv-00883-LJO DLB PC<br><br>ORDER FINDING SERVICE OF FIRST AMENDED COMPLAINT APPROPRIATE AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Doc. 3) |

Plaintiff Brian Cruz ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on July 11, 2006. The court screened plaintiff's amended complaint pursuant to 28 U.S.C. § 1915A and finds that it states a cognizable claim for relief under section 1983 against defendants Cobbs, Ahlin, Saunders, Carrillo, Duvall and Cake for retaliation, against defendants Tilton, Alameida and Adams for failure to properly train, supervise, assign and discipline prison staff, and against defendants Saunders, Ahlin, Carrillo, and Cake for failing to provide for plaintiff's security/protection..[1] Fed. R. Civ. P. 8(a); Swierkiewicz v. Sorema N. A., 534 U.S. 506, 512-15 (2002); Austin v. Terhune, 367 F.3d 1167, 1171 (9th Cir. 2004); Jackson v. Carey, 353 F.3d 750, 754 (9th Cir. 2003); Galbraith v. County of Santa Clara, 307 F.3d 1119, 1125-26 (9th Cir. 2002). Accordingly, it is HEREBY ORDERED that:

---

[1] In a Findings and Recommendations issued concurrently with this order, the Court recommended that plaintiff's conspiracy claim, conditions of confinement claim relating to his "punitive segregation", allegations concerning the loss of good time credits, and allegations concerning violations of the Equal Protection Clause or the Due Process Clause be dismissed from this action based on plaintiff's failure to state any claims upon which relief may be granted.

1. Service is appropriate for the following defendants:

    J. Tilton

    Edward Alameida;

    Derral G. Adams

    Johnny L. Cobbs

    J. Ahlin

    Jerry Saunders

    Eddie J. Carrillo

    Doris Duvall

    Sergeant B. Cake

2. The Clerk of the Court shall send plaintiff nine (9) USM-285 forms, nine (9) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the first amended complaint filed August 11, 2006;

3. Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

    a. Completed summons;

    b. One completed USM-285 form for each defendant listed above; and

    c. Ten (10) copies of the endorsed complaint filed August 11, 2006.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

Dated:   **October 6, 2008**              /s/ **Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE