# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRIAN CRUZ, | / | 1:06-cv-00883-OWW-DLB (PC) |
| Plaintiff, | / / | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING CERTAIN CLAIMS |
| v. | / | |
| J. TILTON, et. al., | / | (Doc. 14) |
| Defendants. | / / | |

Plaintiff Brian Cruz ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On October 6, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within thirty days. Plaintiff did not file a timely Objection to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed October 6, 2008, is adopted in full;
2. This action shall proceed only against defendants Cobbs, Ahlin, Saunders, Carrillo, Duvall and Cake for retaliation, against defendants Tilton, Alameida and Adams for failure to properly train, supervise, assign and discipline prison staff, and against defendants Saunders, Ahlin, Carrillo, and Cake for failing to provide for plaintiff's security/protection; and
3. All remaining claims be dismissed for plaintiff's failure to state a claim upon which relief may be granted.

.IT IS SO ORDERED.

**Dated:    November 19, 2008**          /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE