IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **BRIAN CRUZ,**<br><br>                              Plaintiff,<br><br>v.<br><br>**JAMES E. TILTON, et al.,**<br><br>                              Defendants. | 1:06-CV-00883 OWW DLB (PC)<br><br>**ORDER GRANTING DEFENDANTS' FIRST MOTION FOR 30-DAY EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>(Document #20) |

On January 7, 2009, Defendants Adams, Ahlin, Alameida, Duvall, Saunders, and Tilton ("Defendants") filed a motion to extend time to file a response to Plaintiff's complaint.

Good cause appearing, defendants are granted a thirty-day extension of time to respond to Plaintiff's Complaint. Defendants' response to Plaintiff's complaint shall be due on or before February 9, 2009.


IT IS SO ORDERED.

Dated:   **January 12, 2009**              **/s/ Dennis L. Beck**
                                                                   UNITED STATES MAGISTRATE JUDGE

1