IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **BRIAN CRUZ,**<br><br>                                            Plaintiff,<br><br>v.<br><br>**JAMES E. TILTON, et al.,**<br><br>                                            Defendants. | 1:06-CV-00883 OWW DLB (PC)<br><br>**ORDER** GRANTING DEFENDANTS' SECOND MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT<br><br>(DOCUMENT #29) |

On February 5, 2009, defendants Adams, Ahlin, Alameida, Duvall, Saunders, and Tilton filed a motion to extend time to file a responsive pleading. Good cause appearing, defendants are granted a forty-five day extension of time to respond to Plaintiff's Complaint. Defendants' response to Plaintiff's complaint shall be due on or before March 26, 2009.

IT IS SO ORDERED.

  **Dated:   February 12, 2009**                    /s/ **Dennis L. Beck**
                                                    UNITED STATES MAGISTRATE JUDGE