IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| BRIAN CRUZ,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>JAMES E. TILTON, et al.,<br><br>　　　　　　Defendants. | 1:06-CV-00883 OWW DLB (PC)<br><br>ORDER GRANTING DEFENDANT COBB'S FIRST MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT<br><br>(DOCUMENT #34) |

On March 16, 2009, Defendant Cobbs filed a request for an extension of time. (Doc. 34). Good cause appearing, Defendant Cobbs is granted a ten-day extension of time to respond to Plaintiff's Complaint. Defendant's response to Plaintiff's complaint shall be due on or before March 26, 2009.

IT IS SO ORDERED.

Dated: **March 20, 2009**　　　　　　　/s/ Dennis L. Beck
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1