# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN CRUZ,

    Plaintiff,

vs.

JAMES E. TILTON, et al.,

    Defendants.

CASE NO. 1:06-cv-00883 OWW DLB PC

ORDER DIRECTING PLAINTIFF TO RESPOND TO MOTION TO DISMISS

THIRTY DAY DEADLINE

Plaintiff Brian Cruz ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On March 26, 2009, Defendants Adams, Ahlin, Alameida, Carillo, Cobbs, Duvall, Saunders and Tilton filed a motion to dismiss. Plaintiff has not filed an opposition or statement of non-opposition to the motion.

Plaintiff is HEREBY ORDERED to file a response to the motion within thirty (30) days of service of this order. Failure to comply with this order will result in a recommendation that this action be dismissed for failure to obey a court order.

IT IS SO ORDERED.

Dated: **April 30, 2009**      /s/ **Dennis L. Beck**
                                               UNITED STATES MAGISTRATE JUDGE

1