# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN CRUZ,<br><br>  Plaintiff,<br><br>   v.<br><br>JAMES E TILTON, et al.,<br><br>  Defendants.<br> / | CASE NO. 1:67-cv-00883-OWW DLB PC<br><br>THIRD ORDER RE CONSENT OR REQUEST FOR REASSIGNMENT<br><br>ORDER DIRECTING CLERK OF COURT TO SEND TO PLAINTIFF CONSENT/DECLINE FORM<br><br>THIRTY (30) DAY DEADLINE |

Plaintiff Brian Cruz ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on July 11, 2006. On July 12, 2006, the Court issued to Plaintiff a consent / decline to the jurisdiction of a United States Magistrate Judge form. (Doc. 2.) Plaintiff did not complete and return the form. On April 30, 2009, the Court again issued an order regarding consent or decline to the jurisdiction of a United States Magistrate Judge, and required the parties to complete and return the form to the court within thirty (30) days. (Doc. 39.) Defendants have consented to U.S. Magistrate Judge jurisdiction. However, more than thirty days have passed and Plaintiff has not complied with or otherwise responded to the Court's order.

Plaintiff may not ignore orders of this Court. The Clerk of the Court is directed to send to Plaintiff a Third Order Regarding Consent or Request for Reassignment. Plaintiff is ORDERED to complete and return the form within thirty (30) days. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:  **July 7, 2009**          /s/ **Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE