# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN CRUZ,<br><br>        Plaintiff,<br><br>   v.<br><br>JAMES E. TILTON, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:06-cv-00883-DLB PC<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR PLAINTIFF'S FAILURE TO PROSECUTE<br><br>RESPONSE DUE WITHIN 20 DAYS |

Plaintiff Brian Cruz ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The last action taken in this case occurred on September 24, 2009, when the Court granted Defendants' motion to dismiss and dismissed Defendants Carrillo, Saunders, Duvall, Tilton, Alameida, and Adams for failure to exhaust administrative remedies.  However, this action still proceeds on Plaintiff's retaliation claim against Defendants Ahlin and Cobbs for sentencing Plaintiff to an indeterminate SHU term.  No further activity has occurred in this action.

Accordingly, the Court HEREBY ORDERS Plaintiff to show cause within twenty (20) days from the date of service of this order why this action should not be dismissed for Plaintiff's failure to prosecute.  If Plaintiff wishes to proceed in this action, Plaintiff must notify the Court of his intent.

IT IS SO ORDERED.

Dated:   **March 29, 2010**          **/s/ Dennis L. Beck**
                                      UNITED STATES MAGISTRATE JUDGE

1