# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN CRUZ, | CASE NO. 1:06-CV-00883-DLB PC |
| Plaintiff, | ORDER GRANTING REQUEST TO CONDUCT DEPOSITION VIA VIDEO CONFERENCE |
| v. | |
| JAMES E. TILTON, et al., | (DOC. 55) |
| Defendants. | |
| _____/ | |

Plaintiff Brian Cruz ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On September 10, 2010, Defendants filed a motion to conduct Plaintiff's deposition via video conference. *See* Fed. R. Civ. P. 30(b)(4). Defendants contend that Plaintiff is incarcerated at Richard J. Donovan Correctional Facility in San Diego, California, and a deposition via video conference would save on unnecessary travel expenses and is in the interest of judicial economy. Plaintiff has since filed a notice of change of address to California State Prison - Lancaster. Plaintiff filed no opposition to this request.

The Court finds Defendants' request reasonable. Accordingly, it is HEREBY ORDERED that Defendants' motion to conduct Plaintiff's deposition via video conference is GRANTED.

IT IS SO ORDERED.

Dated:   **October 20, 2010**           /s/ **Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE