# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN CRUZ, | CASE NO. 1:06-CV-00883-DLB PC |
| Plaintiff, | ORDER VACATING ORDER REGARDING CONSENT OR REQUEST FOR |
| v. | REASSIGNMENT (DOC. 77) |
| JAMES E. TILTON, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff Brian Cruz ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action is proceeding on Plaintiff's first amended complaint against defendants Johnny L. Cobbs and J. Ahlin for retaliation in violation of the First Amendment.  On August 31, 2011, the Court issued an order directing the parties to notify the Court whether they consent to magistrate judge jurisdiction. That order was issued in error, as both parties have previously consented.

Accordingly, it is HEREBY ORDERED that the Court's order regarding consent or request for reassignment, filed August 31, 2011, is VACATED.

IT IS SO ORDERED.

**Dated:   August 31, 2011**          **/s/ Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE

1