# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN CRUZ, | CASE NO. 1:06-cv-00883-SKO PC |
| Plaintiff, | ORDER FOLLOWING HEARING AND DIRECTING CLERK OF COURT TO ADMINISTRATIVELY TERMINATE MOTION FOR COUNSEL AND CONTINUANCE OF TRIAL DATE |
| v. | |
| JOHNNY L. COBBS and J. AHLIN, | |
| Defendants. | (Docs. 83 and 90) |

Plaintiff Brian Cruz, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 11, 2006. This matter is set for jury trial on January 17, 2012, before the undersigned. On November 9, 2011, Plaintiff filed a motion seeking the appointment of counsel and a continuance of the trial date. Both requests were addressed and denied by the Court during the telephonic trial confirmation hearing held on December 16, 2011.

Accordingly, the Clerk of the Court is DIRECTED to administratively terminate Plaintiff's pending motion in light of the Court's ruling during the telephonic trial confirmation hearing.

IT IS SO ORDERED.

Dated: December 22, 2011         /s/ Sheila K. Oberto
                                 UNITED STATES MAGISTRATE JUDGE