# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN CRUZ,<br><br>         Plaintiff,<br><br>    v.<br><br>J. COBBS and J. AHLIN,<br><br>         Defendants.<br>_____/ | CASE NO. 1:06-cv-00883-SKO PC<br><br>ORDER (1) DIRECTING CLERK'S OFFICE TO CHANGE PLAINTIFF'S ADDRESS OF RECORD TO CSP-CORCORAN; (2) GRANTING DEFENDANTS' REQUEST FOR RELIEF FROM DEADLINE TO EXCHANGE AND SUBMIT EXHIBITS; (3) CONTINUING MOTIONS IN LIMINE HEARING FROM WEDNESDAY, JANUARY 11, 2012, TO FRIDAY, JANUARY 13, 2012; AND (4) REQUESTING DEFENDANTS' COUNSEL SEND A COURTESY COPY OF ORDER TO LITIGATION OFFICE BY FAX AND LITIGATION OFFICE FACILITATE DELIVERY OF ORDER TO PLAINTIFF<br><br>(Docs. 93 and 109)<br><br>Motions in Limine Hearing: January 13, 2012, at 10:15 a.m. in Courtroom 7 (SKO) |

This matter is currently set for a motions in limine hearing on January 11, 2012, at 2:00 p.m. and jury trial on January 17, 2012, at 9:00 a.m. On January 10, 2012, Defendants filed a notice that Plaintiff has been transferred from R. J. Donovan State Prison (RJD) in San Diego and is currently en route for trial.[1] Defendants request to be relieved from the January 10, 2012, deadline to exchange exhibits and to submit exhibits to the Court.

As set forth in the request, Plaintiff is currently separated from his trial exhibits, which had been submitted to RJD staff for copying at the time of his transfer, and Defendants' Exhibit L is

---

[1] The Court was subsequently informed that Plaintiff will soon be arriving at California State Prison-Corcoran.

1

missing a page which cannot currently be obtained because it is maintained in Plaintiff's central file, which is also in transit. Counsel is due to receive Plaintiff's trial exhibits from RJD by courier and she will ensure the exhibits are copied and returned to Plaintiff, at which time she will also provide Plaintiff with a copy of Defendants' exhibits.

Based on the events set forth in further detail in Defendants' request and counsel's supporting declaration, the Court finds good cause has been shown, Fed. R. Civ. P. 16(b), and it HEREBY ORDERS as follows:

1. The Clerk's Office is directed the change Plaintiff's address of record to California State Prison-Corcoran;

2. The parties are relieved of compliance with the January 10, 2012, deadline to exchange exhibits and submit exhibits to the Court, with the understanding that the exhibits will be exchanged and submitted to the Court as soon as possible;

3. The telephonic motions in limine hearing is continued from January 11, 2012, at 2:00 p.m. to January 13, 2012, at 10:15 a.m.;

4. Defendants' counsel shall arrange the conference call and initiate the call to (559) 499-5790 on January 13, 2012, at 10:15 a.m.;

5. Defendants' counsel is requested to send a courtesy copy of this order by facsimile to the Litigation Office at California State Prison-Corcoran; and

6. The Litigation Office is requested, as a courtesy, to facilitate delivery of this order to Plaintiff as soon as possible.

IT IS SO ORDERED.

**Dated:   January 10, 2012**              /s/ Sheila K. Oberto
                                    UNITED STATES MAGISTRATE JUDGE