**FILED**

JAN 17 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN CRUZ, | CASE NO. 1:06-cv-00883-SKO PC |
| Plaintiff, | ORDER REQUIRING PRODUCTION OF PLAINTIFF FOR TRIAL ON JANUARY 18, 2012, AT 8:00 A.M. |
| v. | |
| J. COBBS and J. AHLIN, | |
| Defendants. | |

Plaintiff **Brian Cruz, CDCR #H-76087** shall be produced to testify before the United States District Court, at 2500 Tulare Street in Fresno, California at 8:00 a.m. on Wednesday, January 18, 2012.

It is so ORDERED.

DATED: 1/17/12

_____
SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE

1