FILED
JAN 2 0 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN CRUZ, | CASE NO. 1:06-cv-00883-SKO PC |
| Plaintiff, | NOTICE AND ORDER THAT PLAINTIFF IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| v. | |
| J. COBBS and J. AHLIN, | |
| Defendants. | |

Jury trial in this matter commenced on January 17, 2012, and concluded on January 20, 2012. Judgment has been entered in this action for Defendants and against Plaintiff. Plaintiff has thirty (30) days within which to file a notice of appeal, subject to any and all applicable rules of federal civil and appellate procedure. Fed. R. App. P. 4(a)(1)(A).

Following entry of judgment, **Brian Cruz, CDCR #H-76087**, is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to **Brian Cruz, CDCR #H-76087**, is HEREBY ORDERED DISCHARGED.

DATED: January 20, 2012

_____
SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE

1