**FILED**

**JUDGMENT ENTERED**

_____
Date
by _____M. Rooney_____
Deputy Clerk
U.S. District Court
Eastern District of California
__XX___   FILE CLOSED

*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

BRIAN CRUZ,

    Plaintiff,

vs.

**JUDGMENT IN A CIVIL ACTION**

1:06-CV-00883 SKO (PC)

J. COBBS AND J. AHLIN,

    Defendants.
_____/

    JURY VERDICT:  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

    IT IS HEREBY ORDERED AND ADJUDGED that

    JUDGMENT IS HEREBY ENTERED IN FAVOR OF DEFENDANTS J. COBBS AND J. AHLIN, IN ACCORDANCE WITH THE JURY VERDICT RENDERED 1/20/2012.

DATED: 1/20/2012                      VICTORIA C. MINOR, Clerk

                                        By:  /S/ Michelle Means Rooney
                                              Deputy Clerk

jgm.civ
2/1/95