```
                                    FILED

                                JUDGMENT ENTERED

                              _____
                                    Date
                          by _____M. Rooney_____
                                 Deputy Clerk
                             U.S. District Court
                          Eastern District of California
                          __XX___   FILE CLOSED
```

*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

BRIAN CRUZ,

    Plaintiff,

vs.

J. COBBS AND J. AHLIN,

    Defendants.
_____/

**JUDGMENT IN A CIVIL ACTION**

1:06-CV-00883 SKO (PC)

    JURY VERDICT: This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    IT IS HEREBY ORDERED AND ADJUDGED that

    JUDGMENT IS HEREBY ENTERED IN FAVOR OF DEFENDANTS J. COBBS AND J. AHLIN, IN ACCORDANCE WITH THE JURY VERDICT RENDERED 1/20/2012.

DATED: 1/20/2012                    VICTORIA C. MINOR, Clerk

                                      By: /S/ Michelle Means Rooney
                                            Deputy Clerk

jgm.civ
2/1/95