# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN CRUZ, | CASE NO. 1:06-cv-00883-SKO PC |
| Plaintiff, | ORDER DENYING MOTIONS FOR APPOINTMENT OF COUNSEL AND JUDICIAL NOTICE AS MOOT |
| v. | |
| J. COBBS and J. AHLIN, | (Docs. 129 and 130) |
| Defendants. | |
| _____/ | |

On February 21, 2012, the Court received and filed Plaintiff's motion for the appointment of counsel and motion for judicial notice. Both motions were dated on January 5, 2012, and sought pretrial relief. In as much as jury trial commenced on January 17, 2012, and concluded on January 20, 2012, Plaintiff's motions are HEREBY DENIED as moot.[1]


IT IS SO ORDERED.

**Dated:     February 22, 2012**              **/s/ Sheila K. Oberto**
                                         UNITED STATES MAGISTRATE JUDGE

---

[1] On January 13, 2012, Plaintiff notified the Court during a hearing set for motions in limine that prior to his transfer from Richard J. Donovan State Prison, he submitted several pretrial motions for mailing. However, neither the Court nor the defense was in receipt of the motions. Plaintiff was permitted to make his motions orally and he sought the appointment of counsel or legal assistance during that hearing. The Court's ruling was memorialized in its order filed on January 13, 2012. (Doc. 111.) Plaintiff was also informed that he could raise any motions on the morning of trial. Therefore, although Plaintiff's motions were not received in time for trial, his desire for counsel was considered on the merits and he was given an opportunity to be heard regarding any other motions he wished to make.